FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 31 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re:<br><br>Applications of Latin American Wireless, S.A. to Seek Production of Documents from BellSouth International and BellSouth Corporation and to Take the Testimony of Jeff Dickerson, Keith Rainer and Paulino Barros For Use in an Action Pending In the Sixteenth Circuit Court of the First Circuit of Panama | Miscellaneous Case No.:<br>1:04-MI-0210<br><br>(Case Pending in Sixteenth Circuit Court of the First Circuit of Panama, <u>Latin American Wireless, S.A. v. BellSouth Panama, S.A.</u>, et al.) |

## ORDER GRANTING LATIN AMERICAN WIRELESS'S RENEWED MOTION TO COMPEL

Applicant Latin American Wireless, S.A. ("LAW") has moved for an order compelling BellSouth Corporation and BellSouth International ("BellSouth") to produce the documents identified by bates numbers on Exhibit 1 attached to this Order for in camera inspection by this Court or a Magistrate Judge to determine whether the documents are protected by the attorney-client, work product, and/or common interest privileges. BellSouth contends that these documents are

protected from discovery because one or more of these privileges apply to each document.

Upon consideration of the record, including written submissions, and arguments by all parties, the Court grants LAW's motion. It is, therefore, ORDERED

1. The issue of whether the documents identified on Exhibit 1 attached to this Order are protected from discovery under one or more of the asserted privileges is hereby referred to the Chief Magistrate Judge to conduct proceedings as necessary to determine such issue and enter a written order setting forth the disposition of such issue.

2. BellSouth and LAW shall evenly divide the costs associated with this in camera inspection, including the costs of translating into English any of the documents identified on Exhibit 1 attached to this Order that are in the Spanish language.

3. BellSouth shall produce to the Chief Magistrate Judge the documents identified on Exhibit 1 attached to this Order, including English translations for the documents written in ~~the~~ Spanish, for an in camera inspection within ten (10) business days from the date of this Order.

CC

nothing

SO ORDERED this 28th day of January, 2005.

*/s/ Clarence Cooper*
The Honorable Clarence Cooper
Judge, United States District Court,
Northern District of Georgia


Submitted By,

KING & SPALDING LLP

*/s/ Michael C. Russ*
Michael C. Russ
Georgia Bar No. 620200
Barry Goheen
Georgia Bar No. 299203
Amy Yervanian
Georgia Bar No. 780817
191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 572-4600
(404) 572-5100 (fax)

Attorneys for Applicant
Latin American Wireless, S.A.

Reviewed Prior To Submission,

KILPATRICK STOCKTON LLP

*/s/ George L. Murphy, Jr.*
George L. Murphy, Jr.
Georgia Bar No. 530376
Corin M. McCarthy
Georgia Bar No. 482148
1100 Peachtree Street
Suite 2800
Altanta, Georgia 30309
(404) 815-6500
(404) 815-6555 (fax)

Attorneys for Respondents BellSouth
International and BellSouth Corporation

# EXHIBIT 1

## Documents For In Camera Review

*Documents involving Emanuel Gonzalez-Revilla*: P0004, P0013, P0017, P0019, P0020-P0021, P0025, P0026-P0027, P0028, P0029-P0032, P0033-P0042, P0044, P0044-P0045, P0046, P0050, P0059, P0059-P0060, P0064, P0071, P0105, P0105-P0107, P0108, P0117, P0124-P0124, P0128-P0130, P0132, P0132-P0133, P0134-P0135, P0139, P0140, P0145, P0157, P0159, P0160, P0172, P0175, P0177, P0182, P0195, P0210, P0215, P0217, P0218-P0221, P0225-P0227, P0229, P0248-P0249, P0255-P0256, P0276-P0277, P0288, P0290, P0291-P0293, P0340-P0341, P0348-P0349, P0394-P0395, P0628, P0630, P0631-P0633, P0634-P0635, P0636-P0637, P0666-P0672, P0718, P0731-P0741, P0750-P0757, P0758, and P0823-P0832.

*Sampling of e-mails involving Alberto Gonzalez-Pita*: BS00577, P0008, P0013-P0014, P0015, P0072, P0074, P0075, P0075-P0076, P0077, P0111, P0134, P0141, P0142, P0145, P0149, P0168-P0169, P0170, P0550-P0551, P0636-P0627, P0951, and P0970.

*E-mails only carbon copied to an attorney*: P0008, P0111, P0114, P0115, P0116, P0145, and P0168.

*E-mails relating to public relations matters*: P0046, P0046-P0047, P0108, P0112, and P0199.

*E-mails/documents too widely distributed*: P0048, P0049, P0062. P0109, P0110, and P0813.

*E-mails regarding lobbying efforts*: BS00026, BS00244, BS00569-BS00570, BS00577, P0259-P0260, P0261-P0262, P0263-P0264, P0271-P0275, P0284-P0285, P0626-P0627, P0823-P0832, P0834-P0850, and P0881-P0888.

*Documents where authorship is not substantiated*: P0005-P006, P0007, P0051, P0052, P0053-P0058, P0065-P0069, P0109, P0110, P0153-P0154, P0156, P0161-P0162, P0196, P0197, P0205, P0207, and P0402-P0414.

*Vague subject-matter descriptions*: BS00442-BS00459, BS00509, BS00577, BS00581-BS00582, BS00583, BS00587, P0050, P0051, P0052, P0053-P0058, P0214, P0484-P0485, P0492- P0493, P0504- P0506, P0518-P0519, P0519, P0522, P0549, P0559, P0606, P0622, P0645-P0646, P0217, P0233-P0234, P0236, P0241, P0248-P0249, P0254, P0269, P0271-P0275, P0342-P0343, P0351, P0382-P0383, P0813, P0852, P0853, P0854, P0855, P0856, and P0881-P088.

## CERTIFICATE OF SERVICE

This is to certify that on the 28th day of January, 2005, I have caused copies of the foregoing to be served on counsel of record by electronic mail as follows:

>Corin M. McCarthy
>KILPATRICK STOCKTON LLP
>1100 Peachtree Street, Suite 2800
>Atlanta, Georgia 30309

>Javier H. Rubinstein
>MAYER, BROWN, ROWE & MAW LLP
>190 South LaSalle Street
>Chicago, Illinois 60603

_____
Michael J. Cates